# USA v. Ramona Fricosu
# Case #: 1:10-cr-00509-REB-02

# APPLICATION UNDER THE ALL WRITS ACT REQUIRING DEFENDANT FRICOSU TO ASSIST IN THE EXECUTION OF PREVIOUSLY ISSUED SEARCH WARRANTS

## Exhibit 01



U.S. Department of Justice

Criminal Division

*Assistant Attorney General*          *Washington, D.C. 20530*

MAY - 5 2011

The Honorable John F. Walsh
United States Attorney for the
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, Colorado 80202

Attention:   Patricia Davies
             Assistant United States Attorney

Re:   *United States v. Ramona Fricosu*

Dear Mr. Walsh:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Colorado for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Ramona Camelia Fricosu to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the testimony or other information from such individual may be necessary to the public interest, and that such individual refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Lanny A. Breuer
Assistant Attorney General

KENNETH A. BLANCO
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION