# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

# MINUTE ORDER[1]

The matter is before the court *sua sponte*. On May 6, 2011, the government filed its **Application Under The All Writs Act Requiring Defendant Fricosu To Assist in The Execution of Previously Issued Search Warrants** [#111][2]. The matter was then referred to the duty magistrate, Judge Hegarty on May 9, 2011, document #112. A Response and reply have been filed. After reviewing the motion and the concomitant response and reply, the court has concluded that the referral of the motion should be withdrawn.

    **THEREFORE, IT IS ORDERED** that the referral [#112] of the **Application Under The All Writs Act Requiring Defendant Fricosu To Assist in The Execution of Previously Issued Search Warrants** [#111] is **WITHDRAWN**.

    Dated: May 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#111]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.