IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Robert E. Blackburn

Criminal Case No. **10-cr-00509-REB**

UNITED STATES OF AMERICA, Plaintiff

v.

**SCOTT ANTHONY WHATCOTT**, et al., Defendants.

---

### MS. FRICOSU'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO GOVERNMENT MOTION 111

---

The court on 21 June 2011 ordered that Ms. Fricosu respond within ten days to the government's APPLICATION UNDER THE ALL WRITS ACT REQUIRING DEFENDANT FRICOSU TO ASSIST IN THE EXECUTION OF PREVIOUSLY ISSUED SEARCH WARRANTS, *i.e.*, document 111. Counsel for Ms. Fricosu requests, per Fed. R. Crim. P. 45, that the deadline be extended at least to Friday, 8 July 2011. The government's motion raises issues that, so far as defense counsel can determine, have not been addressed at the appellate level and are of national interest. Counsel has not had sufficient time in which to do the research and prepare a considered response to the government's motion. The hearing on the government's motion is set for 22 July 2011. The government objects to this request.

Respectfully submitted on July 5, 2011,

                                                   /s_____
Philip L. Dubois
Lawyer for Ramona Fricosu
Philip L. Dubois, P.C.
320 S. Cascade Ave., Ste B
Colorado Springs, CO  80903-3832
719-635-4848
fax 719-635-2222
email dubois@dubois.com

## CERTIFICATE OF SERVICE

MS. FRICOSU'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO GOVERNMENT MOTION 111 was served by means of the court's electronic case management system on July 5, 2011.  The signed original is preserved at counsel's office.



                                                   /s_____
                                                      Philip L. Dubois