**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Ms. Fricosu's Motion For Enlargement of Time To Respond To Government Motion 111** [#170] filed July 5, 2011. The motion is **GRANTED**. Defendant Fricosu shall have until July 8, 2011, in which to file a response to the government's **Application Under The All Writs Act Requiring Defendant Fricosu To Assist in The Excution of Previously Issued Search Warrants** [#111] filed May 6, 2011.

    Dated: July 5, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.