UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-01-REB

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

2.  RAMONA CAMELIA FRICOSU,

                    Defendant.

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT FRICOSU'S OPPOSITION TO GOVERNMENT'S APPLICATION UNDER THE ALL WRITS ACT REQUIRING DEFENDANT TO ASSIST IN THE EXECUTION OF PREVIOUSLY ISSUED SEARCH WARRANTS**

The Electronic Frontier Foundation ("EFF") respectfully moves for leave to file an amicus curiae brief in the above-captioned matter. Counsel for defendant Ramona Fricosu has consented to the filing of this brief. The government has represented that it takes no position.

EFF is a non-profit, member-supported digital civil liberties organization. As part of its mission, EFF has served as counsel or amicus curiae in key cases addressing user rights to privacy, free speech, and innovation as applied to the Internet and other new technologies. With more than 14,000 dues-paying members, EFF represents the interests of technology users in both court cases and in broader policy debates surrounding the application of law in the digital age, and publishes a comprehensive

archive of digital civil liberties information at one of the most linked-to web sites in the world, www.eff.org.

EFF's interest in this case is the sound and principled application of the Fifth Amendment to encryption passwords and encrypted information stored on computers. Encryption is a widely used and fundamental safeguard for businesses and individuals who store data on portable devices like laptops, which may be easily lost or stolen. EFF submits this brief to help the Court apply the Fifth Amendment privilege against self-incrimination in a manner that ensures the constitutional rights of those who use this technological measure to protect their privacy and security.

For these reasons, EFF respectfully urges the Court to grant this motion for leave to file the accompanying brief amicus curiae in support of the defendant's opposition to the government's Application Under the All Writs Act Requiring Defendant to Assist in the Execution of Previously Issued Search Warrants.


DATED: July 8, 2011             Respectfully submitted,


  /s/ Marcia Hofmann
Marcia Hofmann (California Bar No. 250087)
Hanni Fakhoury (California Bar No. 252629)
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333 x. 116
Facsimile:   (415) 436-9993
Email:    marcia@eff.org
Email:    hanni@eff.org

Attorneys for Amicus Curiae
Electronic Frontier Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Mark Cameron Johnson
mark.johnson68@gmail.com

Philip L. Dubois
dubois@dubois.com

Patricia W. Davies
patricia.davies@usdoj.gov

Jeremy S. Sibert
Jeremy.Sibert@usdoj.gov

Martha Ann Paluch
Martha.Paluch@usdoj.gov

Tonya Shotwell Andrews
Tonya.Andrews@usdoj.gov

DATED:  July 8, 2011             /s/ Marcia Hofmann
                                Marcia Hofmann

                                Attorneys for Amicus Curiae
                                Electronic Frontier Foundation