**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.

---

## MINUTE ORDER[1]

---

On July 27, 2011, the court conducted a telephonic setting conference to set an evidentiary hearing on the government's **Applicationn Under the All Writs Act Requiring Defendant Fricosu To Assist in The Execution of Previously Issued Search Warrants** [#111] filed May 6, 2011. After conferring with counsel and with their consent

    **IT IS ORDERED** as follows:

    1. That on **October 19, 2011**, commencing at 9:00 a.m., the court shall conduct an evidentiary hearing on the government's **Applicationn Under the All Writs Act Requiring Defendant Fricosu To Assist in The Execution of Previously Issued Search Warrants** [#111] filed May 6, 2011. The court reserves the remainder of the day for this hearing; and

    2. That the telephonic setting conference set for August 2, 2011, is **VACATED**.

    Dated: July 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.