**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    aka Michael Scott Smith,
    aka Scott Vasadi,
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

**ORDER DENYING MOTIONS TO DISMISS
COUNT 35 AS BARRED BY LIMITATIONS**

**Blackburn, J.**

The matters before me are the **Motion Requesting Dismissal of Count 35 as being Brought Outside the Statute of Limitations Set Out at 18 U.S.C.A. § 3282(a)** [#141][1] filed June 10, 2011, by Mr. Whatcott; and (2) **Ms. Fricosu's Motion To Dismiss Count 35 – Statute of Limitations** [#149], filed June 15, 2011.  The government filed a response [#151] on June 15, 2011.

Defendants' motions rest on the residual statute of limitations for non-capital offenses in Title 18, which provides that

---

[1] "[#141]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

> Except as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the information instituted within five years next after such offense shall have been committed.

18 U.S.C. § 3282(a). Count 35 of the Indictment in this case charges conduct that allegedly occurred on September 15, 2005. As the Indictment was not filed until September 30, 2010, defendants contend that this count is barred by limitations.

However, as the government rightly points out in its consolidated response, Count 35 alleges a violation of 18 U.S.C. § 1014. Section 3293(1) of Title 18 specifically provides a ten-year statute of limitations for violations of that section. 18 U.S.C. § 3293(1). *See also United States v. Rabhan*, 540 F.3d 344, 347 (5th Cir. 2008). As the Indictment was brought well within this period, the motions must be denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion Requesting Dismissal of Count 35 as being Brought Outside the Statute of Limitations Set Out at 18 U.S.C.A. § 3282(a)** [#141], filed June 10, 2011, by Mr. Whatcott is **DENIED**; and

2. That **Ms. Fricosu's Motion To Dismiss Count 35 – Statute of Limitations** [#149], filed June 15, 2011, is **DENIED**.

Dated August 18, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge