# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,

    Defendant.

## ORDER FOR SERVICE OF SUBPOENAE

**Blackburn, J.**

    The matter before the court is **Ms. Fricosu's Ex Parte Motion For Subpoenae** [#208][1] filed *ex parte* October 12, 2011. After careful review of the motion and the file, the court has concluded that the indigency and materiality requirements of Fed.R.Crim.P. 17(b) have been satisfied; that the motion should be granted; and that subpoenae should be issued without the prepayment of fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Ms. Fricosu's Ex Parte Motion For Subpoenae** [#208] filed October 12, 2011, is granted;

    2. That a subpoena should be issued for

        1. Special Agent Curt Maleri, FBI
           Rocky Mountain Regional Computer Forensic Laboratory
           9195 E. Mineral Ave, Ste. 300
           Centennial, CO 80112

---

[1] "[#208]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  2. Kimberly Ross, FBI; and

  3. Thomas Parsons, FBI;

 3. That the U.S. Marshal shall make service of the subpoenae on the witnesses; and

 4. That the witness fees, mileage, and subsistence for each witness shall be paid by the United States Marshal and taxed as costs in favor of the United States;

 Dated October 13, 2011, at Denver, Colorado.

            **BY THE COURT:**

            */s/ Bob Blackburn*
            Robert E. Blackburn
            United States District Judge