IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    RAMONA CAMELIA FRICOSU,
    aka Ramona Smith

    Defendant.

---

## NOTICE OF STIPULATED PROCEDURE FOR COMPLIANCE WITH COURT'S ORDERS (DOCUMENTS 247 & 257) BY GOVERNMENT AND DEFENDANT RAMONA FRICOSU

---

The parties, namely the defendant, Ramona Fricosu and the United States of America, by and through Assistant United States Attorneys Patricia Davies and Jeremy Sibert, hereby submit their Notice of Stipulated Procedure for Compliance with Court's Orders (Docs. 247 & 257). The parties state as follows:

1. On January 23, 2012, this Court issued its Order Granting Application under the All Writs Act Requiring Defendant Fricosu to Assist in the Execution of Previously Issued Search Warrants ("Order") (Doc. 247). By its terms, *inter alia,* the government was directed to supply to defendant's counsel a copy of the encrypted drive on or before February 6, 2012, and defendant, in turn, to provide an unencrypted copy of the contents of the hard drive on or before February 21, 2012. (Doc. 247 at 10).

2. On February 1, 2012, the defendant Ramona Fricosu filed her Motion for

Stay, stating her intent to appeal the Order to the Tenth Circuit Court of Appeals. (Doc. 252). The government responded, opposing the request for stay and further seeking an extension of time to comply with the Order, so as to allow time to resolve Ms. Fricosu's motion for stay. (Doc. 255).

3. On February 3, 2012, the Court issued another Order denying Ms. Fricosu's motion for stay (doc. 252) but extending the times for the parties' compliance with the previous Order to February 13, 2012 - for the government to supply to defendant's counsel a copy of the encrypted drive; and to February 28, 2012 – for defendant, in turn, to provide an unencrypted copy of the contents of the hard drive to the government. (Doc. 257 at 3).

4. On February 6, 2012, Ms. Fricosu filed a Petition for Permission to Appeal ("Petition") in the Tenth Circuit Court of Appeals. (Case no. 12-701, doc. 01018790110). On February 7, 2012, the Tenth Circuit issued an order directing the government to respond to the Petition on or before February 16, 2012. (Case no. 12-701; doc. 01018790117).

5. On February 7, 2012, the undersigned counsel for each of the referenced parties appeared before this Court for a previously scheduled hearing, and advised the Court of a procedure discussed by the parties to comply with the Court's order. This notice of stipulation of such procedure follows:

The parties, through undersigned counsel hereby stipulate and agree as follows:

a. The undersigned counsel will agree to a date, time and location for

the actions set forth below, all to take place prior to February 27, 2012;

      b.    At the agreed upon location, date and time, agents of the Federal Bureau of Investigation will bring the Toshiba M305 laptop computer, serial number 98158161W, together with the encrypted hard drive (Subject Hard Drive), and any other equipment necessary to allow the making of at least two (2) forensic images of an unencrypted copy of the Subject Hard Drive;

      c.    Ms. Fricosu will attend at the agreed location, date and time for the purpose of decrypting the encrypted Subject Hard Drive. Outside the presence or observation of FBI agents or the undersigned government counsel, or any other government personnel, Ms. Fricosu will enter the information necessary to decrypt the currently encrypted Subject Hard Drive.

      d.    Once Ms. Fricosu has entered the necessary information to decrypt the Subject Hard Drive, qualified FBI personnel will make two (2) forensic images of the then unencrypted contents of the Subject Hard Drive.

      e.    After the copies are made, one (1) copy of the unencrypted contents of the Subject Hard Drive will be given immediately to Ms. Fricosu and one (1) copy of the Subject Hard Drive will remain with the government.

The parties, each for its own part, stipulate and agree that the procedures set forth in ¶ 5(a) - (e), *supra*, will constitute compliance with the Court's Orders (docs. 247 & 257).

SO STIPULATED AND AGREED:

Date: 8 Feb 12

_____
Philip Dubois
Attorney for Defendant

Date: 2/8/12

For _____
Patricia Davies
Assistant United States Attorney

Date: 2/8/12

_____
Jeremy Sibert
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2012, I electronically filed the foregoing Notice of Stipulated Procedure for Compliance with Court's Orders (Documents 247 & 257) by Government and Defendant Ramona Fricosu with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Mark Johnson
mark.johnson68@gmail.com

Philip L. Dubois
dubois@dubois.com

Tonya Andrews
Tonya.Andrews@usdoj.gov

Martha Paluch
Martha.Paluch@usdoj.gov

By: s/ Dorothy Burwell
DOROTHY BURWELL
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0461
E-mail: Dorothy.Burwell@usdoj.gov