FILED
United States Court of Appeals
Tenth Circuit

February 21, 2012

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

RAMONA CAMELIA FRICOSU, a/k/a Ramona Smith,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. 12-701
(D.C. No. 1:10-CR-00509-REB-2)
(D. Colo.)

---

**ORDER**

---

Before **MURPHY, HARTZ,** and **MATHESON**, Circuit Judges.

---

This matter is before the court on the *Petition For Permission To Appeal* which Ramona Fricosu filed on February 6, 2012. We also have before us the response which the United States filed on February 16. Upon consideration, the petition is denied, as Federal Rule of Appellate Procedure 5 is not the proper vehicle to consider this interlocutory request.

In this regard we also note that even if the petition was construed as a notice of appeal, this court would lack jurisdiction to consider the resulting proceeding under any exception to our usual finality rules. *See Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S.

541 (1949). Finally, we also deny Ms. Fricosu's request for stay of the district court's January 23, 2012 order.

                                              Entered for the Court,

                                              ELISABETH A. SHUMAKER
                                              Clerk of Court