IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Robert E. Blackburn

Criminal Case No. **10-cr-00509-REB**

UNITED STATES OF AMERICA, Plaintiff

v.

**1.  SCOTT ANTHONY WHATCOTT**,

**2.  RAMONA CAMELIA FRICOSU,**

Defendants.

---

### MS. FRICOSU'S MOTION TO RECONSIDER 23 JANUARY 2012 ORDER

---

   Counsel for Ms. Fricosu requests that the court reconsider and reverse its 23 January 2012 ORDER GRANTING APPLICATION UNDER THE ALL WRITS ACT REQUIRING DEFENDANT FRICOSU TO ASSIST IN THE EXECUTION OF PREVIOUSLY ISSUED SEARCH WARRANTS, which order is document #247.

1.  This court's order is based on two conclusions:  that the Fifth Amendment is not implicated by requiring production of the unencrypted contents of the computer and that the government's offer of act-of-production immunity is sufficient.

2.  On 23 February 2012, the 11th Circuit Court of Appeals issued IN RE:  GRAND JURY SUBPOENA DUCES TECUM DATED MARCH 25, 2011, case numbers 11-12268 and 11-15421.  (The published opinion is attached hereto.)  Under facts similar to those present in Ms. Fricosu's case, the 11th Circuit held that the Fifth Amendment is indeed implicated and that the government's offer of act-

of-production immunity is not sufficient.  The undersigned counsel was not aware that the 11th

Circuit case was pending.  The 11th Circuit opinion is the first circuit-level opinion known to

counsel which addresses the issues present in Ms. Fricosu's case.

3.  The 11th Circuit's opinion is entitled to consideration.  Ms. Fricosu asks that this court

reconsider and reverse its 23 January order and that this court issue a new order consistent with the

holdings in the 11th Circuit's decision.


Respectfully submitted on February 27, 2012,



_____s/  Philip L. Dubois_____
Philip L. Dubois
Lawyer for Ramona Fricosu
Philip L. Dubois, P.C.
128 S. Tejon St. #301
Colorado Springs, CO  80903-2227
719-635-4848
fax 719-635-2222
email dubois@dubois.com


## CERTIFICATE OF SERVICE

    The foregoing was served by means of the court's electronic case management system on
February 27, 2012:



_____s/  Philip L. Dubois_____