IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
     a/k/a Michael Scott Smith,
     a/k/a Scott Vasadi,
2. RAMONA CAMELIA FRICOSU,
     a/k/a Ramona Smith,

     Defendants.

## NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL

     Anna K. Edgar, Assistant United States Attorney, hereby enters her appearance as co-counsel for the Government in the above-captioned case. Please include undersigned counsel on all future correspondence, notices, pleadings, and orders in this case.

     Dated this 15th day of February, 2013.

     Respectfully submitted,

     JOHN F. WALSH
     United States Attorney

     By: s/Anna K. Edgar
     ANNA K. EDGAR
     Assistant United States Attorney
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     Fax: (303) 454-0409
     Email: Anna.Edgar@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of February 2013, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE AS CO-COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Philip L. Dubois
Email:  dubois@dubois.com
Defendant:  Ramona Camelia Fricosu

Dennis W. Hartley
Email:  crystalsmith@hartleyslaw.com
Defendant: Scott Anthony Whatcott

                 By:  s/Lisa Vargas
                 LISA VARGAS
                 Legal Assistant
                 United States Attorney's Office
                 1225 Seventeenth Street, Suite 700
                 Denver, Colorado 80202
                 Telephone: (303) 454-0100
                 Fax: (303) 454-0409
                 Email: Lisa.Vargas@usdoj.gov