# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendant.
_____

## MINUTE ORDER[1]
_____

    On April 16, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing for this defendant. After conferring with the parties and with their consent,

    **IT IS ORDERED** as follows:

    1. That on **August 8, 2013**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing; and

    2. That counsel and the defendant shall be present without further notice or order from the court.

    Dated: April 16, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.