

**2334 Parliament Dr**
**Colorado Springs, CO 80920**
**PH: 719.494.7043**
**FastLanePC.com**

# Invoice

| Date | Invoice No. |
|---|---|
| 11/01/2013 | 528 |
| Due Date | |
| 11/01/2013 | |

| Bill To |
|---|
| Dennis Hartley |
| Dennis Hartley, P.C. |
| 1749 South 8th Street, Suite 5 |
| Colorado Springs, CO  80905 |

| Amount Due | Enclosed |
|---|---|
| $159.00 | |

✂ ----- Please detach top portion and return with your payment. ----- ✂

| Service Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/01/2013 | Onsite Service Call - troubleshoot pc/setup laptop | 1 | 159.00 | 159.00 |

Total  $159.00

(719)494-7043        FastLane Technologies, LLC        support@fastlanepc.com