IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00509-REB-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAMONA CAMELIA FRICOSU,
a/k/a Ramona Smith

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, RAMONA CAMELIA FRICOSU, having been sentenced in the above-named case to the custody of the Bureau of Prisons, shall surrender herself by reporting to the Warden, FCI Phoenix, 37900 N. 45th Avenue, Phoenix, Arizona, on July 19, 2016, by 12:00 p.m. (noon), and shall travel at her own expense.

        DATED at Denver, Colorado, this __27th__ day of June, 2016.

        BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge